# Court of Appeals
# of the State of Georgia

ATLANTA,  July 18, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0445.  KERRY OVERTON et al. v. DAVID JACKSON.**

On June 22, 2013, Kerry Overton and Sheilah Lederer filed this discretionary application seeking to appeal a trial court order entered on May 22, 2013.  An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-35 (d).  "The requirements of OCGA § 5-6-35 are jurisdictional and this court cannot accept an appeal not made in compliance therewith."  *Boyle v. State of Ga.*, 190 Ga. App. 734 (380 SE2d 57) (1989); see also *Gable v. State*, 290 Ga. 81, 82-83 (2) (a) (720 SE2d 170) (2011).  Because this application was filed 31 days after entry of the trial court's order, it is untimely, and it is therefore DISMISSED for lack of jurisdiction.  Attorney Thomas Drake's "Petition for Courtesy Appearance" is DISMISSED as MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/18/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*